**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

**Trustees of the National Automatic Sprinkler
Industry Welfare Fund, et al.**                    \*

    **Plaintiff,**                                        \*

    **v.**                                                                **Case No.** _____

                                                                                \*

**Beacon Fire Protection Inc.**

    **Defendant.**                                        \*

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☒  I certify, as party/counsel in this case that  <u>**Trustees of the National Automatic Sprinkler Welfare Fund, et al.**</u>
(name of party)

is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐  The following corporate affiliations exist with _____:
(name of party)

_____.
(names of affiliates)

☐  The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____.
(names of entities with possible financial interests)

☐  In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)

_____          _____
(name of member)                                             (state of citizenship)

_____          _____
(name of member)                                             (state of citizenship)

_____          _____
(name of member)                                             (state of citizenship)

_____          _____
(name of member)                                             (state of citizenship)

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

**March 18, 2026**
_____
Date

/s/  **Charles W. Gilligan**
_____
Signature

**Charles W. Gilligan - MD Bar No. 05682**
_____
Printed name and bar number

**5301 Wisconsin Avenue, N.W., Suite 800**
**Washington, D.C.  20015**
_____
Address

**cgilligan@odonoghuelaw.com**
_____
Email address

**202-362-0041**
_____
Telephone number

**202-362-2640**
_____
Fax number